JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Ashley E. Rudolph

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY E. RUDOLPH, | Case No.  2:20-cv-00922-DMC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

The parties stipulate, subject to the approval of the Court, Plaintiff shall be granted a thirty-day extension from the current September 24, 2021 deadline to file Plaintiff's Opening Brief. This is Plaintiff's first request for an extension. There is good cause for this extension because of the complexity of this case and increase in workload because the delays due to Covid 19. Plaintiff's attorney asks for a thirty- day extension.

STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF - 1

Therefore, the parties jointly request an extension up to and including October 24, 2021.

Respectfully submitted,

Dated September 20, 2021

/s/ Josephine M. Gerrard
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Dated September 20, 2021

/s/ Oscar Gonzalez de Llano
(as authorized by email)
Oscar Gonzalez de Llano
Office of the General Counsel, SSA

**ORDER**

APPROVED AND SO ORDERED.

Dated: September 20, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR A THIRTY-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF - 2