| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | DEBORAH L. STACHEL |
| | Regional Chief Counsel |
| 3 | GERALYN A. GULSETH |
| | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (510) 970-4819 |
| 6 |     Facsimile: (415) 744-0134 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY RUDOLPH, | No. 2:20-cv-00922-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to file her opposition to Plaintiff's motion for summary judgment. Defendant's response is currently due November 23, 2021.

The Special Assistant United States Attorney assigned to this case is currently on extended leave. He is expected to return in early January. At this point, a more immediate re-assignment to another staff attorney is not tenable given the high volume of cases and limited staff due to leave and resignations.

This request is made in good faith and is not intended to delay the proceedings in this

matter.

WHEREFORE, Defendant requests until January 24, 2022[1], to file her response to Plaintiff's motion for summary judgment.

Respectfully submitted,

DATE: November 18, 2021      /s/ _Josephine Gerrard_____
                             JOSEPHINE GERRARD
                             Attorney for Plaintiff
                             (as approved via email on November 18, 2021)

                             PHILLIP A. TALBERT
                             Acting United States Attorney

DATE: November 18, 2021   By  s/ Geralyn Gulseth_____
                             GERALYN GULSETH
                             Special Assistant United States Attorney

                             Attorneys for Defendant


ORDER

Pursuant to stipulation, it is so ordered.

Dated:  November 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The 60th day - January 22, 2022 - falls on a Saturday.