JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for Ashley E. Rudolph

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY E. RUDOLPH,<br><br>       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>       Defendant | Case No. 2:20-cv-00922-DMC<br><br>STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT. (28 U.S.C. § 2412(d)) |

    Plaintiff requests the court award attorney fees in the amount of ten thousand and five hundred dollars ($10,500.00) under the Equal Access to Justice Act EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

APPLICATION AND JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT. (28 U.S.C. § 2412(d) - 1

Plaintiff offered to settle to a reduced fee on October 21, 2022.

Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Josephine M. Gerrard, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Josephine M. Gerrard.

This award is without prejudice to the rights of Josephine M. Gerrard or Gerrard Law Offices to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA. The EAJA award will be deducted from the 42 U.S.C. § 406(b) motion for attorney fees.

Plaintiff requests that the Court find that she meets the statutory requirements for an award of attorney fees under the EAJA and that the Commissioner's position was not substantially justified, and award $10,500 in attorney fees under 28 U.S.C. § 2412(d).

The proposed order is respectfully submitted by the following:

/s Josephine M. Gerrard
JOSEPHINE M. GERRARD
ATTORNEY FOR PLAINTIFF

By email
/s Oscar Gonzalez de Llano
Oscar Gonzalez de Llano

APPLICATION AND JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT. (28 U.S.C. § 2412(d) - 2

Office of General Counsel Social Security Administration LEAD ATTORNEY

Edward Alan Olsen, SS
US Attorney's Office
ATTORNEY TO BE NOTICED
/s Josephine M. Gerrard
JOSEPHINE M. GERRARD
ATTORNEY FOR PLAINTIFF

**ORDER**

**APPROVED AND SO ORDERED:**

Dated:  October 24, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT. (28 U.S.C. § 2412(d) - 3